UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stacey Crane-Chaulk,<br><br>        Plaintiff,<br>v.<br><br>Leading Edge Recovery Solutions, L.L.C.; and<br>DOES 1-10, inclusive,<br><br>        Defendants. | Civil Action No.: 4:10-cv-40099-FDS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 23, 2010

                                                  Respectfully submitted,

                                                  PLAINTIFF, Stacey Crane-Chaulk

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq.
                                                  B.B.O. No.: 650671
                                                  **LEMBERG & ASSOCIATES L.L.C.**
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (877) 795-3666
                                                  slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg